# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| ASHLEY AIELLO,<br><br>        Plaintiff,<br><br>vs.<br><br>GEICO GENERAL INSURANCE COPANY,<br><br>        Defendant. | 2:19-cv-00610-APG-VCF<br>**ORDER** |

Before the court is Defendant's proposed Discovery Plan and Scheduling Order (ECF NO. 15).

Accordingly,

IT IS HEREBY ORDERED that any opposition to Defendant's proposed Discovery Plan and Scheduling Order (ECF NO. 15) or Plaintiff's proposed Discovery Plan and Scheduling Order must be filed on or before December 9, 2019.

DATED this 2nd day of December, 2019.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE